UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUSTIN JARVIS JEROME
PHILLIPS,

      Plaintiff,

v.

REGIONAL MANAGED
ASSIGNED COUNSEL OFFICE,

      Defendants.
_____ /

Case No. 26-10300

F. Kay Behm
United States District Judge

## <u>JUDGMENT</u>

**IT IS ORDERED AND ADJUDGED** that pursuant to the

court's order dismissing this case, this civil action is **DISMISSED**

**WITHOUT PREJUDICE**.

      **SO ORDERED**.

Date: March 30, 2026

           <u>s/ F. Kay Behm</u>
           F. Kay Behm
           United States District Judge

1